# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

139725 & (64)

MARIA C. ABAY, Personal Representative of the
Estate of MIRA E. ABAY,
        Plaintiff/Counter-Defendant-
        Appellant,

v

DAIMLERCHRYSLER INSURANCE
COMPANY,
        Defendant/Counter-Plaintiff/Cross-
        Plaintiff/Third-Party-Appellee,

and

DAIMLERCHRYSLER CORPORATION, a/k/a
CHRYSLER LLC,
        Defendant-Appellee,

and

JAMES E. TRENT and KELLY ROSE BROOKS,
        Defendants/Cross-Defendants,

and

AUTO CLUB GROUP INSURANCE
COMPANY, d/b/a AAA MICHIGAN, and ALVIN
JEROME TAYLOR,
        Third-Parties.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139725
COA: 283624
Oakland CC: 2006-075016-CK

On order of the Court, the application for leave to appeal the August 13, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the insurance policy issued by DaimlerChrysler Insurance Company is ambiguous, and (2) whether the insurance policy violates any provisions of the no-fault act, MCL 500.3101 *et seq*. The motion for leave to file brief amicus curiae is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

p0317

_____
Clerk